AARON D. FORD
 Attorney General
TORI N. SUNDHEIM (CA Bar #294559)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
(775) 684-1219
(775)684-1222
TSundheim@ag.nv.gov

*Attorneys for Defendant-Intervenor State of Nevada*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DESERT SURVIVORS; CENTER FOR BIOLOGICAL DIVERSITY; WILDEARTH GUARDIANS; and WESTERN WATERSHEDS PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants<br><br>and<br><br>STATE OF NEVADA, ex rel, the Nevada Department of Wildlife,<br><br>Defendant-Intervenors. | Case No. 3:16-cv-01165-JCS<br><br>**DEFENDANT-INTERVENOR'S JOINDER TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' NOTICE OF RELATED CASES AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

The State of Nevada, by and through counsel, AARON D. FORD, Attorney General of the State of Nevada, and Deputy Attorney General, TORI N. SUNDHEIM, hereby join in Defendants' Opposition to Plaintiffs' Notice of Related Cases and Administrative Motion to Consider Whether Cases Should Be Related.

DATED this ****, 2020.

                    AARON D. FORD
                    Attorney General

                    By:   /s/ *Tori N. Sundheim*
                           TORI N. SUNDHEIM
                           Deputy Attorney General

                          *Attorneys for Defendant-Intervenor State of Nevada*

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this ****, 2020, I served a true and correct copy of the foregoing ****, by U.S. District Court CM/ECF electronic service, which will send notification of such filing to the email addresses that are registered for this case.

                                    /s/ *Karen A. Easton*